STATE OF NEBRASKA, APPELLEE, V. JOHN B. DAVIS,
APPELLANT.
195 N. W. 2d 175
Filed March 3, 1972.  No. 38195.

Thomas P. Lott, for appellant.

Clarence A. H. Meyer, Attorney General, and Harold S. Salter, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

SMITH, J.
Affirmed.  See Rule 20.

AFFIRMED.